# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ANDREW READY, | Case No. 2:17-cv-00434-JDL |
| Plaintiff, | |
| vs. | |
| SYNCHRONY BANK, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to the voluntary dismissal without prejudice of the above captioned case, each party to bear its own costs and fees, and proceed to binding arbitration.

Respectfully submitted,

Dated: April 16, 2018   By: /s/ Douglas F. Jennings, Esq.
Douglas F. Jennings, Esq. (Maine Bar# 3544)
Walker & Jennings, PA
144 Water Street
Hallowell, ME 04347
dfjlaw@live.com
(207) 621-8188

Attorney for Plaintiff

Date: April 16, 2018   /s/ Nana Boyer
Nana Boyer (pro hac vice admission pending)
599 Lexington Avenue
New York, New York 10022
212-549-0282
nboyer@reedsmith.com
Attorneys for Defendant

-and–

Dwight A. Howes
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716
412-288-5933
dhowes@reedsmith.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 16, 2018, a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system and served an all counsel of record via same.

                  /s/ Douglas F. Jennings, Esq.
                  Douglas F. Jennings, Esq.